# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:18 CV 307

| | |
|---|---|
| **EVERETT SELLERS,** | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| **WHOLE FOODS MARKET GROUP, INC.,** | ) |
| **Defendant.** | ) |

This matter is before the Court upon a Joint Stipulation for Extension of Time (# 4), which the Court construes as a motion seeking a brief extension of the deadline for Defendant to respond to Plaintiff's Complaint.

Upon review of the Joint Stipulation and the docket, the request is **GRANTED** and Defendant is allowed to and including November 9, 2018 to respond to Plaintiff's Complaint.

Signed: November 6, 2018

W. Carleton Metcalf
United States Magistrate Judge