# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:18 CV 307

| | |
|---|---|
| **EVERETT SELLERS,** | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  **ORDER** |
| | ) |
| **WHOLE FOODS MARKET GROUP, INC.,** | ) |
| Defendant. | ) |

This matter is before the Court upon the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 26) filed by John Michael Durnovich. The Motion indicates that Mr. Durnovich, a member in good standing of the Bar of this Court, is local counsel for Defendant and that he seeks the admission of Matthew Leonard, who the Motion represents as being a member in good standing of the Bar of the Supreme Court of Georgia. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 26) and **ADMITS** Matthew Leonard to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: May 20, 2019

W. Carleton Metcalf
United States Magistrate Judge