IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:18 CV 307

| | |
|---|---|
| **EVERETT SELLERS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **WHOLE FOODS MARKET GROUP, INC.,** ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

This matter is before the Court upon the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 25) filed by John Michael Durnovich. The Motion indicates that Mr. Durnovich, a member in good standing of the Bar of this Court, is local counsel for Defendant and that he seeks the admission of Sarah Carrier, who the Motion represents as being a member in good standing of the Bar of the Supreme Court of Georgia. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 25) and **ADMITS** Sarah Carrier to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: May 20, 2019

W. Carleton Metcalf
United States Magistrate Judge