IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:18 CV 307

| | | |
|---|---|---|
| EVERETT SELLERS, | ) | |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| WHOLE FOODS MARKET GROUP, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the Court on Defendant's Expedited Motion for Protective Order (Doc. 34) filed on November 5, 2019.

The Motion and associated materials indicate that on November 1, 2019 counsel for Plaintiff served a notice scheduling the videotaped deposition of Defendant's Chief Executive Officer, John Mackey, for November 8, 2019. For the reasons set forth in its brief (Doc. 35), Defendant seeks a protective order prohibiting the deposition of Mr. Mackey.

Plaintiff has not responded to the Motion and his deadline for doing so has not yet expired. The Court finds that the parties should be given an opportunity to brief the Motion fully, and that a ruling on the Motion should be issued before the deposition is taken, if it is to proceed.

Accordingly, the deposition of Mr. Mackey is **TEMPORARILY STAYED** pending the Court's ruling on the Expedited Motion for Protective Order (Doc. 34).

Signed: November 7, 2019

W. Carleton Metcalf
United States Magistrate Judge